UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO LENA, <br> Plaintiff, <br> v. <br> XAVIER BECERRA, et al., <br> Defendants. | Case No. 19-cv-00561-JD <br><br> **ORDER OF TRANSFER** <br> Re: Dkt. Nos. 8, 9 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding the combining of the sensitive needs yard and the general population yard at RJ Donovan Prison in San Diego County, where he is incarcerated, which is located within the venue of the United States District Court for the Southern District of California. Plaintiff names as defendants all employees of the California Department of Corrections and Rehabilitation ("CDCR") in the entire state. However, the majority of allegations concern defendants at the prison in the Southern District and senior officials at CDCR and the Attorney General's Office both of which are location in the Eastern District of California. Because plaintiff is incarcerated in the Southern District and many of the relevant defendants are located in the Southern District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).[1]

This case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon

---

[1] Plaintiff was recently deemed three strikes barred pursuant to § 1915(g) in the Southern District. That district can determine if plaintiff can proceed in forma pauperis in this case.

plaintiff's motions (Docket Nos. 8, 9) which are **VACATED**.

**IT IS SO ORDERED.**

Dated: May 1, 2019

JAMES DONATO
United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

MICHAEL ANGELO LENA,

    Plaintiff,

v.

XAVIER BECERRA, et al.,

    Defendants.

Case No. 19-cv-00561-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Angelo Lena ID: AN9206
RJ Donovan Correctional Facility
480 Alta Road
D16-104
San Diego, CA 92179

Dated: May 1, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO